CAUSE NO. _____

IN THE

COURT OF CRIMINAL APPEALS OF TEXAS

82,935-01

| EX PARTE | § | IN THE DISTRICT COURT |
|---|---|---|
| JOSE ARTURO VERGARA | § | 406th JUDICIAL DISTRICT |
| Applicant. | § | WEBB COUNTY, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

## ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JOSE ARTURO VERGARA, Relator, pro se' in the above styled and numbered cause of action and files this ORIGINAL APPLICATION for WRIT of MANDAMUS pursuant to Article 11.07 Section 3(c) of the Texas Code of Criminal Procedure, and would show the Court the following:

1. Jose Arturo Vergara, TDCJ #1773208, incarcerated in the Texas Department of Criminal Justice and is appearing pro se.

2. Relator filed an application for writ of habeas corpus under trial court cause no. 2011CR000560 D4 (A), pursuant to Texas Code of Criminal Procedure Art. 11.07 on the date of April 08, 2014. This habeas application is to be governed by the Rules as found in the statute.

3. The Webb County District Clerk has failed to forward the wirt application, and any recomendations made by the State and/or Trial Court, to the Court of Criminal Appeals, after the thirty five (35) days allotted by statute.

4. See Texas Code Criminal Procedure Art. 11.07 Sec. 3(c) "the clerk shall immediately transmit to the Court of Criminal Appeals a copy of the Application, any answers filed, and a certificate reciting the date upon which that finding was made." Thereby, the Clerk is in violation.

5. Relator has no adequate remedy at law, and is seeking this Court issuance of a writ of mandamus to compel the Clerk to send the documents.

### PRAYER

Relator seeks the issuance of a writ of mandamus compelling the District Clerk of Webb County, Texas to forward the Application to this Court.

Date: February 24,2015

Respectfully Submitted,

Jose Vergara #1773208
TDCJ Michael Unit 2664 FM 2954
TN. Colony, TX 75886